UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Eric Randle Atkinson,

    Petitioner,

v.

Warden, Noble Correctional Institution,

    Respondent.

Case No. 2:21-cv-5316

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On January 10, 2024, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court dismiss Petitioner's Petition, deny a certificate of appealability, certify that any appeal would not be taken in good faith, and deny leave to proceed in forma pauperis on appeal. R&R, ECF No. 21. The R&R notified the parties of their right to object to the recommendations therein and that failure to timely object would amount to a forfeiture of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R. *Id.* at 49.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. The Petition is **DISMISSED WITH PREJUDICE**. The Court **DENIES** a certificate of appealability

and **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this case would not be taken in good faith.

The Clerk shall enter judgment for Respondent and close the case.

**IT IS SO ORDERED.**

*Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**